IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIKA HUNT-KITCHEN,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security;<br><br>Defendant. | 8:21-CV-473<br><br>**MEMORANDUM AND ORDER** |

Before the Court is Plaintiff's Motion for Leave to Proceed in forma pauperis. Filing 2. The Court has reviewed the request and hereby waives payment of any fees and grants Plaintiff leave to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed in forma pauperis, Filing 2, is granted. The Clerk of the Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

Dated this 23rd day of December, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge